**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

US PLAINTIFF(S)

v.

Barend Oberholzer DEFENDANT(S)

CASE NUMBER: 21 MAG 1949

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

21MJ00904

The above-named defendant was charged by: Complaint
in the Southern District of New York on 2/19/21
at 2 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2017-2019
in violation of Title 18 U.S.C., Section(s) 1349
to wit: Conspiracy to Commit Wire Fraud & Mail Fraud 1028 - Agg ID Theft

A warrant for defendant's arrest was issued by: Hon. Katharine H. Parker

Bond of $ None was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/23/21
Date

_____    Diana Cavanagh
Signature of Agent        Print Name of Agent

US Postal Inspection Svc.    Inspector
Agency                       Title

CR-52 (03/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT