1  RICHARD KAPLAN, ESQ. (State Bar No. 130586)
   JENNIFER LIESER, ESQ. (State Bar No. 313707)
2  KAPLAN MARINO, PC
   9454 Wilshire Blvd., Suite 902
3  Beverly Hills, California 90212
   Tel: (310) 557-0007
4  Fax: (310) 861-1776
   E-mail: kaplan@kaplanmarino.com
5          lieser@kaplanmarino.com

6  Attorneys for Defendant
   BAREND OBERHOLZER
7

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,            ) Case No. 2:21-mj-00904-DUTY
                                        )
12              Plaintiff,              ) **STIPULATION TO MODIFY**
                                        ) **CONDITIONS OF RELEASE**
13       v.                             )
                                        )
14 BAREND OBERHOLZER,                   ) Honorable Jacqueline Chooljian
                                        )
15              Defendant.              )
                                        )

16       Plaintiff, United States of America, by and through its counsel of record, Assistant United

17 States Attorney Kyle Kahan, and defendant BAREN OBERHOLZER, by and through his counsel

18 of record, Richard Kaplan and Jennifer Lieser, hereby agree and stipulate that Mr. Oberholzer's

19 conditions of release be modified as follows:

20       That the time limit for recording the property bond located under condition 3(b) **BE**

21       **MODIFIED** from **30 days to 60 days.**

22       The reason for this request is that the county closures due to COVID-19 have caused

23 serious delays in the ability to timely record a property bond. It is estimated than at an additional

24 30 days should be sufficient additional time to timely record and provide the court with the

25 requisite documents.

26       All other conditions of release shall remain the same.

27 //

28 //

| | | |
|---|---|---|
| 1 | Dated: March 9, 2021 | Respectfully submitted, |
| 2 | | KAPLAN MARINO, PC |
| 3 | | |
| 4 | | */s/ Jennifer Lieser* |
| | | JENNIFER LIESER |
| 5 | | RICHARD KAPLAN |
| | | Attorney for Defendant |
| 6 | | BARRY OBERHOLZER |
| 7 | Dated: March 9, 2021 | TRACY WILKISON, |
| | | Acting United States Attorney |
| 8 | | Central District of California |
| 9 | | |
| 10 | | */s/ Kyle Kahan* |
| | | KYLE KAHAN |
| 11 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |
| 12 | | UNITED STATES OF AMERICA |